UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMUEL F. VALDEZ,

                Petitioner,

     v.

JERI BOE,

                Respondent.

CASE NO. 3:18-cv-05369-BHS-JRC

REPORT AND RECOMMENDATION

NOTED FOR: March 12, 2019

    The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

    Petitioner Samuel F. Valdez requests that he be allowed to voluntarily dismiss his habeas petition in order to exhaust several grounds in state court before including them in his habeas petition. Respondent does not oppose voluntary dismissal, and has affirmatively stated that she will not suffer any legal prejudice if the habeas petition is dismissed without prejudice.

REPORT AND RECOMMENDATION - 1

1  Therefore, the Court recommends that petitioner's motion for voluntary dismissal (Dkt. 35) be

2  granted and petitioner's habeas petition be dismissed without prejudice. The Court further

3  recommends that the sole outstanding motion (Dkt. 33) be denied as moot.

## BACKGROUND

5  Petitioner initially filed this habeas petition in May of 2018. Dkt. 1. After respondent

6  filed her response and the state court record, Dkts. 10, 11, 12, petitioner requested leave to file an

7  amended habeas petition. Dkt. 16. Respondent opposed the motion, noting that petitioner had not

8  included a copy of his amended petition with his motion to amend in violation of local rules.

9  Dkt. 18. The Court denied the motion to amend without prejudice. Dkt. 19.

10  Petitioner then filed a new motion to amend, including a copy of his proposed amended

11  habeas petition. Dkt. 20. Respondent did not oppose the motion, Dkt. 23, and the Court granted

12  petitioner leave to amend, placing his proposed petition on the docket as the amended petition

13  and directing respondent to submit supplemental briefing, Dkts. 25, 26. Respondent submitted

14  supplemental briefing and supplemental state court records in January of 2019. Dkts. 28, 29.

15  Petitioner next filed a motion to stay the habeas petition, stating that he has a Rule 7.8

16  motion and a personal restraint petition pending the state courts, addressing claims that have not

17  yet been exhausted. Dkt. 33. Respondent opposed the motion, noting that petitioner's amended

18  petition did not include any unexhausted grounds, and so the stay and abey procedure was

19  unwarranted in petitioner's case. Dkt. 34. Petitioner then filed a motion for voluntary dismissal.

20  Dkt. 35. It appears that petitioner is still exhausting several additional grounds in state court, and

21  so requests voluntary dismissal without prejudice to allow him to exhaust those grounds before

22  including them in a later habeas petition. *Id*. Respondent does not oppose petitioner's motion.

23  Dkt. 36.

|   |   |
|---|---|
| 1 | **DISCUSSION** |
| 2 | Federal Rule of Civil Procedure 41 sets forth the circumstances under which an action |
| 3 | may be dismissed. Under Rule 41(a)(1), an action may be voluntarily dismissed without |
| 4 | prejudice by a petitioner if the petitioner files a notice of dismissal before the respondent files an |
| 5 | answer and the petitioner has not previously dismissed an action "based on or including the same |
| 6 | claim." Fed.R.Civ.P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). |
| 7 | Once the respondent has responded to the petition, the action may only be dismissed by |
| 8 | stipulation of dismissal signed by all parties who have appeared or "by court order, on terms that |
| 9 | the court considers proper." Fed.R.Civ.P. 41(a)(1), (2). In the Ninth Circuit, a district court |
| 10 | should grant a motion for voluntary dismissal unless the respondent can show that he will suffer |
| 11 | some plaint legal prejudice as a result. *See Zanowick v. Baxter Healthcare Corp.*, 850 F.3d 1090, |
| 12 | 1093 (9th Cir. 2017); *Smith v. Lenches*, 263 F.3d 972, 975-76 (9th Cir. 2001). |
| 13 | Petitioner filed his motion to voluntarily dismiss after respondent filed her response to the |
| 14 | habeas petition, and also after the Court provided petitioner leave to file an amended petition, |
| 15 | petitioner filed his amended petition, and respondent provided supplemental briefing and |
| 16 | supplemental state court records in response to the amended petition. *See* Dkts. 10, 11, 25, 26, |
| 17 | 28, 29. Thus, petitioner may only voluntarily dismiss his petition by stipulation or court order. |
| 18 | Here, respondent does not oppose petitioner's motion to voluntarily dismiss his habeas |
| 19 | petition. Dkt. 36. Respondent states she will not suffer the legal prejudice necessary to deny the |
| 20 | motion to dismiss because, presumably, if petitioner refiles his habeas petition at a later date, |
| 21 | respondent will simply be able to refile the pleadings she has already submitted to the Court. |
| 22 | Because respondent will not suffer prejudice, and because petitioner appears to intend to exhaust |
| 23 | several additional habeas grounds before including them in a future habeas petition, the Court |
| 24 |   |

1  finds that petitioner should be allowed to withdraw his habeas petition and resubmit it at a later
2  date.
3      Therefore, the Court recommends that petitioner's motion for voluntary dismissal (Dkt.
4  35) be granted.

## CONCLUSION

6      For the reasons stated above, the Court recommends that petitioner's motion for
7  voluntarily dismissal (Dkt. 35) be granted, petitioner's habeas petition be dismissed without
8  prejudice, and the sole outstanding motion (Dkt. 33) be denied as moot.
9      Given that the parties agree to voluntary dismissal, there is no reason to provide for a
10 period for objections to be filed, and the Court recommends that the Honorable Benjamin H.
11 Settle immediately approve this report and recommendation. The Clerk is directed to note the
12 report and recommendation for consideration on the day of filing.
13     Dated this 12th day of March, 2019.

J. Richard Creatura
United States Magistrate Judge