UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAMUEL F. VALDEZ,<br><br>              Petitioner,<br><br>    v.<br><br>JERI BOE,<br><br>              Respondent. | CASE NO. C18-5369 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 37. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Petitioner's habeas petition is dismissed without prejudice; and

    (3)    The Clerk shall enter a judgment and close the case.

Dated this 19th day of March, 2019.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

ORDER